ELMIRA STAUBLE, Respondent, *v.* MICHAEL KINZELBERG, Appellant.

Supreme Court, Appellate Term, Second Department, February 13, 1947.

*Ludwig M. Wilson* for appellant.

No appearance for respondent.

MEMORANDUM *Per Curiam.* The action is for alleged tort. The defendant was not shown to have known of or instigated the acts of his wife which resulted in the claimed damage. He was not liable therefor. (Domestic Relations Law, § 57.)

The judgment should be reversed on the law, with $30 costs to defendant and complaint dismissed with appropriate costs in the court below.

MacCRATE, STEINBRINK and FENNELLY, JJ., concur.

Judgment reversed, etc.